(47 South. 876.)

No. 17,383.

STATE v. MONFRE.

Ex parte MONFRE.

(Dec. 14, 1908.)

CRIMINAL LAW (§ 15*)—STATUTES—EXPRESS REPEAL.

Where, pending the trial of accused for blowing up, with explosives, a house, etc., Laws 1908, p. 384, Act No. 263, was enacted, section 1 of which made it a capital offense to willfully blow up, etc., any house, etc., wherein persons are customarily found, and section 2 (page 385) repealed all conflicting laws, but provided that no offense theretofore committed against the repealed laws should be condoned

thereby or its prosecution affected, the prior acts were not repealed, so as to affect the prosecution of accused.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 17–19; Dec. Dig. § 15.*]

Petition of Joseph Monfre for habeas corpus and certiorari. Petition denied.

See, also, 47 South. 543, ante, p. 251.

John Quincy Flynn, for relator.

BREAUX, C. J. A bill of information was filed against Joseph Monfre, charging him with the crime of attempting to blow up, with explosives, the house and store of C. Graffinini.

He was tried on the 27th day of August, 1908; he was sentenced to serve 20 years.

Pending the trial, the Legislature then in session passed a law known as Act No. 263, p. 384, of the session of 1908.

He alleged that the last act had the effect of repealing prior acts. This contention is erroneous. The last act, in its last sentence, does away with that which is sometimes mentioned as a "legislative pardon." The terms of the last act are a complete answer to the application. Even if it had been urged in time, it would be of no avail.

See the terms of Act No. 263, p. 384, of 1908.

Applicant's demand is rejected, and his petition dismissed.